THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRIAN LAMAR PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has moved for an extension of time (filing 61) within which to respond to the Magistrate Judge's Report and Recommendation (filing 60). Defendant's counsel represents that counsel for the United States has no objection to Defendant's motion. Accordingly,

IT IS ORDERED:

1. Defendant's motion for an extension of time (filing 61) within which to respond to the Magistrate Judge's Report and Recommendation (filing 60) is granted;

2. Defendant's response to the Magistrate Judge's Report and Recommendation shall be filed on or before May 4, 2005; and

3. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 60 is now May 4, 2005.

DATED this 27th day of April, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge