THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRIAN LAMAR PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion (filing 70) for reconsideration of my order (filing 69) denying his fourth motion for an extension of time within which to object to the Magistrate Judge's Report and Recommendation, which recommended denial of the defendant's motions to suppress. In support of his motion, the defendant has also filed what would be his objections (filing 71) to the Magistrate Judge's Report and Recommendation had they been timely filed pursuant to the numerous extensions of time that were granted to do so. I shall deny the defendant's motion.[1]

IT IS ORDERED that the defendant's motion for reconsideration (filing 70) is denied.

DATED this 2nd day of June, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge

---

[1] After reviewing the defendant's objection (filing 71) filed with his motion for reconsideration, I note that had the defendant submitted his objection in a timely fashion, it would not have changed my decision to adopt the Magistrate Judge's Report and Recommendation.