IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )            4:04CR3081
         v.                      )
                                 )
BRIAN PARKER,                    )
                                 )                ORDER
                Defendant.       )
                                 )

        IT IS ORDERED:

        The motion of Korey Reiman to withdraw as co-counsel for

defendant Parker is granted.

        DATED this 23rd day of August, 2005.

                        BY THE COURT:

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge