IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
               Plaintiff,    )           4:04CR3081
                             )      JUDGMENT OF ACQUITTAL
     vs.                     )
                             )
BRIAN PARKER,                )
                             )
               Defendant.    )
```

The jury having found the defendant Brian Parker not guilty,

IT IS ORDERED that this case, including all counts, is dismissed with prejudice as against Brian Parker.

DATED October 28, 2005.

```
                         BY THE COURT


                          s/ Richard G. Kopf
                         _____
                         United States District Judge
```